# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROGER ACOSTA,<br>Aka: ROGELIO ACOSTA,<br><br>    Defendant. | Case No.: 2:17-cr-118<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>ROGER ACOSTA<br>(ID#) 1173048 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ROGER ACOSTA** before the United States District Court at Las Vegas, Nevada, on or about ___ Tuesday, 4/18/17 Courtroom 3C, NJK ___, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: April 12, 2017

_____
UNITED STATES MAGISTRATE JUDGE

```
 1 │ STEPHEN W. MYHRE
   │ Acting United States Attorney
 2 │ District of Nevada
   │ PHILLIP N. SMITH, JR.
 3 │ Assistant United States Attorney
   │ 501 Las Vegas Boulevard South
 4 │ Suite 1100
   │ Las Vegas, Nevada 89101
 5 │ 702-388-6336
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:17-cr- 118 |
| ) | |
| Plaintiff, ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM FOR |
| ) | ROGER ACOSTA |
| vs. ) | (ID#) 1173048 |
| ) | |
| ROGER ACOSTA, ) | |
| Aka: ROGELIO ACOSTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ROGER ACOSTA**, is committed by due process of law in the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, that it is necessary that the said **ROGER ACOSTA** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **ROGER ACOSTA** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on ___ Tuesday, 4/18/17 Courtroom 3C, NJK ___, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **ROGER ACOSTA** before the United States District Court on or about ___ Tuesday, 4/18/17 Courtroom 3C, NJK _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, High Desert State Prison Indian Springs, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ROGER ACOSTA** before the United States District Court on or about _____ Tuesday, 4/18/17 Courtroom 3C, NJK __, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

DATED this 12th day of April, 2017

Respectfully submitted,

STEPHEN W. MYHRE
Acting United States Attorney

_____
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2