RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Roger Acosta

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-118-APG-CWH |
| Plaintiff, | **STIPULATION TO ADVANCE SENTENCING** |
| v. | (First Request) |
| ROGER ACOSTA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Roger Acosta, that the sentencing hearing currently scheduled for Thursday, October 5, 2017 at 9:30a.m., be vacated and advanced to the first available date for the Court.

This Stipulation is entered into for the following reasons:

1.     The presentence investigation report (PSR) has been disclosed to the parties. The defendant has no objections and both parties will be jointly recommending the middle of his guideline range.

1    2.    The defendant is incarcerated and does not object to the advancement.

2    3.    The parties agree to the advancement.

3    This is the first request to advance the sentencing hearing filed herein.

4    DATED this 1st day of September, 2017.

5

6    RENE L. VALLADARES                    STEVEN W. MYHRE
     Federal Public Defender               Acting United States Attorney

7

8       */s/ Heidi A. Ojeda*                   */s/ Phillip N. Smith, Jr.*
     By_____     By_____

9    HEIDI A. OJEDA                         PHILLIP N. SMITH, JR.
     Assistant Federal Public Defender      Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

   v.

ROGER ACOSTA,

    Defendant.

Case No. 2:17-cr-118-APG-CWH

<u>ORDER</u>

   Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

   IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Thursday, October 5, 2017, at 9:30a.m., be vacated and advanced to September 14, 2017 at the hour of __10:30__ _a_.m. in Courtroom 6C.

   DATED this _1st_ day of September, 2017.

                          

              UNITED STATES DISTRICT JUDGE